**Antoine Earl POWELL, Petitioner–
Appellant**

v.

**Rodney W. CHANDLER, Respondent–
Appellee.**

**No. 13–10713
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 23, 2013.

Antoine Earl Powell, Fort Worth, TX, pro se.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Antoine Earl Powell, federal prisoner # 56375–180, appeals from the dismissal of his 28 U.S.C. § 2241 petition challenging his sentence following his guilty plea to possession with the intent to distribute at least 50 grams of crack cocaine and possession of a firearm during the commission of a drug trafficking crime. We review the dismissal de novo. *Pack v. Yusuff,* 218 F.3d 448, 451 (5th Cir.2000).

As the district court determined, Powell seeks to challenge the validity of his sentence rather than the manner in which his sentence has been executed, his petition properly arises under 28 U.S.C. § 2255. *Id.* at 451–52. A § 2255 motion must be brought by the movant in the court that

---

sentenced him. § 2255(a); *Ojo v. INS,* 106 F.3d 680, 683 (5th Cir.1997). The district court did not impose the sentence at issue; thus, it did not err by dismissing the petition rather than construing it as a § 2255 motion. *See Ojo,* 106 F.3d at 683. The judgment is affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.